# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2006

132042

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

KATHERINE SUE DENDEL,
    Defendant-Appellee.

SC: 132042
COA: 247391
Jackson CC: 02-002915-FC

_____/

On order of the Court, the application for leave to appeal the July 18, 2006 judgment of the Court of Appeals is considered. We DIRECT the Prosecutor to inform the Clerk of this Court in writing, within 14 days after the date of this order, whether, in light of public comments about this case by his Assistant Prosecutor, he has abandoned this appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2006

*Corbin R. Davis*

Clerk

p1212